UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOSE L. RODRIGUEZ, SR., and JUSSARA RODRIGUEZ, on behalf of themselves and all others similarly situated,<br><br>Plaintiff(s),<br><br>-against-<br><br>CENTRAL CREDIT SERVICES, INC.; and JOHN DOES 1-25,<br><br>Defendant(s). | Civil Case No.: 2:11-cv-03267 CCC-JAD<br><br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

**PLEASE TAKE NOTICE** that the Plaintiffs through their attorney, Joseph K, Jones, Esq., pursuant to Rule 41 of the Federal Rules of Civil Procedure, do hereby withdraw their action with prejudice against CENTRAL CREDIT SERVICES, INC.; and JOHN DOES 1-25. This Court will retain jurisdiction for the purpose of enforcing the terms of the settlement agreement of the parties.

Dated: Fairfield, New Jersey
December 5, 2011

                                                Respectfully submitted,

                                                */s/ Joseph K. Jones*
                                                Joseph K. Jones, Esq. (JJ-5509)
                                                LAW OFFICES OF JOSEPH K. JONES, LLC
                                                375 Passaic Avenue, Suite 100
                                                Fairfield, New Jersey 07004
                                                973-227-5900 telephone
                                                973-244-0019 facsimile

                                                Attorneys for Plaintiffs